UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RAYMOND GARDELLA and NORMA K. GARDELLA, individually, and as husband and wife,<br><br>Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a Delaware corporation, individually and doing business as WELLS FARGO & COMPANY,<br><br>Defendant. | Case No. 3:14-cv-00243-MMD-VPC<br><br>ORDER |
|---|---|

Before the Court is Defendant's Motion to Dismiss Plaintiffs' Second Claim for Relief. (Dkt. no. 8.) Plaintiffs filed a notice of voluntary dismissal of their second claim for relief pursuant to Federal Rule of Civil Procedure 41(1)(A)(i). (Dkt. no. 10.) Plaintiffs also filed a notice of non-opposition to Defendant's Motion. (Dkt. no. 11.) Plaintiffs may dismiss a claim without court order because it has filed a notice of dismissal before Defendant files an answer or a motion for summary judgment. Fed. R. Civ. P. 41(1)(A)(i). Plaintiffs' second claim for relief is dismissed. Defendant's Motion to Dismiss is denied as moot.

DATED THIS 17th day of June 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE