**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN VERNON, Guardian ad Litem for RAYMOND GARDELLA et al., <br><br>       Plaintiff, <br><br>vs. <br><br>WELLS FARGO BANK, et al., <br><br>       Defendants. | 3:14-CV-0243-MMD (VPC) <br><br><br>**MINUTES OF THE COURT** <br><br>February 25, 2015 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     The parties joint motion for relief from the court's order (#51) requiring a discovery plan to be filed by February 13, 2015 is **GRANTED**.  The stipulation to file the second amended complaint was granted (#54), and the second amended complaint has been filed (#55).  The parties shall have to and including **Friday, April 10, 2015** to file an amended discovery plan and scheduling order.

     **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

                              By:           /s/
                                           Deputy Clerk