RICHARD G. HILL, ESQ.
State Bar No. 596
SOPHIE A. KARADANIS, ESQ.
State Bar No. 12006
RICHARD G. HILL, LTD.
652 Forest Street
Reno, Nevada 89509
(775) 348-0888
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KAREN VERNON, guardian ad litem for
RAYMOND GARDELLA and NORMA
K. GARDELLA, individually, and as
husband and wife,

    Plaintiffs,

v.

WELLS FARGO BANK, NATIONAL
ASSOCIATION, a Delaware corporation,
individually and doing business as
WELLS FARGO & COMPANY;
CITIBANK, N.A., a National Banking
Association, as successor in interest
to California Federal Bank,

    Defendants.

Case No.: 3:14-cv-00243-MMD-VPC

## STIPULATION AND ORDER RE: THIRD AMENDED COMPLAINT
### (FIRST REQUEST)

Plaintiff and defendants stipulate and agree that plaintiff may file and, through the court's electronic filing system, serve her third amended complaint on counsel for defendants, Wells Fargo Bank and Citibank. The parties acknowledge that the deadline to amend pleadings has passed under the existing discovery plan. Plaintiff was recently granted leave to file her second amended complaint, which included an admitted misnomer as to the defendant Citibank, N.A. The third amended complaint does nothing more than

///

correct that misnomer. Both Wells Fargo and Citibank continue to deny liability for all certificates of deposit at issue. Plaintiff's case still meets the jurisdictional requirements of 28 U.S.C. §1332 (diversity of citizenship). The Third Amended Complaint is attached as EXHIBIT 1.

RESPECTFULLY SUBMITTED.

RICHARD G. HILL, LTD.

DATED: April 10, 2015

SOPHIE A. KARADANIS, ESQ.
RICHARD G. HILL, ESQ.
Attorneys for Plaintiffs
652 Forest Street
Reno, Nevada 89509
*Attorneys for Plaintiffs*

LEWIS ROCA ROTHGERBER LLP
APPROVED by EMAIL FROM

DATED: April 10, 2015

MR. MATTEONI /s/
PAUL A. MATTEONI, ESQ.
SCOTT S. HOFFMANN, ESQ.
Lewis Roca Rothgerber LLP
50 West Liberty Street, Ste. 410
Reno, Nevada 89501-1922
*Attorneys for Defendant Wells Fargo*

AKERMAN LLP
APPROVED by EMAIL FROM

DATED: April 10, 2015

MR. SHEVORSKI /s/
ARIEL E. STERN, ESQ.
STEVE SHEVORSKI, ESQ.
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Citibank, N.A.*

## ORDER

IT IS SO ORDERED. Plaintiffs are ordered to file the third amended complaint attached at dkt. no. 63-1.

DATED THIS 21st day of April 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE